In the Matter of the Claim of JEAN J. POWELL, Appellant, against JOHN WILSON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present —

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.